PROB 22
(Rev. 9/98)

**TRANSFER OF JURISDICTION**

FILED
At Albuquerque NM
SEP 15 2010
MATTHEW J. DYKMAN
CLERK

DOCKET NUMBER (Tran. Court)
EP-06-CR-1078-KC(1)

DOCKET NUMBER (Rec. Court)
10CR2622 JH

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Monica Sena<br>TN: Monica Leanne Sena | WD/TX | EL PASO |
| | NAME OF SENTENCING JUDGE | |
| | Kathleen Cardone | |
| | DATES OF SUPERVISED RELEASE | FROM 8/20/09 — TO 8/19/13 |

**OFFENSE:** 21 U.S.C. §§ 952, 960 & 963: Conspiracy to Import 500 Grams or More of Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Mexico upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 13, 2010
Date

*/s/ Kathleen Cardone*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/19/10
Effective Date

*/s/ Judith C. Herrera*
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

JUDGE KATHLEEN CARDONE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA SENA and<br>DANIEL PAUL LOPEZ,<br><br>Defendants. | ) CRIMINAL NO. EP-06-CR-<br>)<br>) **INDICTMENT**<br>)<br>) **CT 1:** 21:963-Conspiracy to Import<br>) a Controlled Substance;<br>) **CT 2:** 21:952(a)-Importation of a<br>) Controlled Substance;<br>) **CT 3:** 21:846 & 841(a)(1)-Conspiracy to<br>) Possess a Controlled Substance with<br>) Intent to Distribute;<br>) **CT 4:** 21:841(a)(1)-Possession with<br>) Intent to Distribute a Controlled Substance |

THE GRAND JURY CHARGES:                    **EP06CR1070**

## COUNT ONE
(21 U.S.C. § 963, 952(a) & 960(a)(1) & 960(b)(2)(B))

That on or about April 19, 2006, in the Western District of Texas, Defendants,

**MONICA SENA and
DANIEL PAUL LOPEZ,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(B).

A true copy of the original, I certify.
Clerk, U. S. District Court

By _____ Deputy

## COUNT TWO
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(2)(B)

That on or about April 19, 2006, in the Western District of Texas, Defendants,

**MONICA SENA and
DANIEL PAUL LOPEZ,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(B)).

## COUNT THREE
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(B)(ii))

That on or about April 19, 2006, in the Western District of Texas, Defendants,

**MONICA SENA and
DANIEL PAUL LOPEZ,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

## COUNT FOUR
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii))

That on or about April 19, 2006, in the Western District of Texas, Defendants,

**MONICA SENA and
DANIEL PAUL LOPEZ,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

UNITED STATES OF AMERICA

v.

Monica Sena TN: MONICA LEANNE SENA

Defendant.

Case Number   EP-06-CR-1070-KC (1)
USM Number    66701-180

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, Monica Sena TN: MONICA LEANNE SENA, was represented by Christopher Allen Antcliff.

On motion of the United States, the Court has dismissed Count(s) Two (2), Three (3) and Four (4) of the Indictment.

The defendant pled guilty to Count(s) One (1) of the Indictment on August 15, 2006. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
|---|---|---|---|
| 21 USC 952, 960 & 963 | Conspiring to import 500 grams or more of cocaine | April 19, 2006 | One (1) |

As pronounced on January 18, 2007, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 23rd day of January, 2007.

*Kathleen Cardone*
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

A true copy of the original, I certify.
Clerk, U. S. District Court

By _____
                 Deputy

AO 245 B (Rev. 06/05)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant: Monica Sena TN: MONICA LEANNE SENA
Case Number: EP-06-CR-1070-KC (1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 33 months.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant serve this sentence at F. C. I., Phoenix, Arizona.

That the defendant be admitted to the (500 hour) Comprehensive Drug Abuse Treatment Program.

The defendant shall surrender for service of sentence on or before 2:00 PM on March 19, 2007 either at the institution designated by the Bureau of Prisons or to the Office of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

United States Marshal

By _____
Deputy Marshal

AO 245 B (Rev. 06/05)(W.D.TX.) - Supervised Release

Judgment--Page 3

Defendant: Monica Sena TN: MONICA LEANNE SENA
Case Number: EP-06-CR-1070-KC (1)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of four (4) years.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court as set forth on pages 3, 4 and 5 of this judgment; and shall comply with the following additional conditions:

- [X] The defendant shall participate in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the costs of services rendered (copayment) in an amount to be determined by the Probation Officer, based on the defendant's ability to pay.

- [X] The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

- [X] The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 4

Defendant: Monica Sena TN: MONICA LEANNE SENA
Case Number: EP-06-CR-1070-KC (1)

## CONDITIONS OF SUPERVISION

### Mandatory Conditions:

1) The defendant shall not commit another federal, state, or local crime.

2) The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

3) In supervised release cases only, the defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

4) If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

5) The defendant shall cooperate in the collection of DNA as directed by the probation officer if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 1413a).

6) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), the defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

7) If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

8) If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

### Standard Conditions:

1) The defendant shall not leave the judicial district without permission of the court or probation officer.

2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.

6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.

10) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the Probation Officer.

11) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 5

Defendant: Monica Sena TN: MONICA LEANNE SENA
Case Number: EP-06-CR-1070-KC (1)

14) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), or has a prior conviction of a State or local offense that would have been an offense as described in 18 U.S.C. § 4042 (c)(4) if a circumstance giving rise to Federal jurisdiction had existed, the defendant shall participate in a sex offender treatment program approved by the probation officer. The defendant shall abide by all program rules, requirements and conditions of the sex offender treatment program, including submission to polygraph testing, to determine if the defendant is in compliance with the conditions of release. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

15) The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

16) The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

17) If the defendant is excluded, deported, or removed upon release from imprisonment, the term of supervised release shall be a non-reporting term of supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

18) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

19) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

20) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the payment schedule.

AO 245 B (Rev. 06/05)(W.D.TX.) - CMP

Judgment--Page 6

Defendant: Monica Sena TN: MONICA LEANNE SENA
Case Number: EP-06-CR-1070-KC (1)

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 511 E. San Antonio Street, Room 219 El Paso, Texas 79901.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTAL: | $100.00 | $250.00 | $0 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $100.00. Payment of this sum shall begin immediately.

### Fine

The defendant shall pay a fine of $250.00. Payment of this sum shall begin immediately. The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the sum remains unpaid. Any fine balance that remains unpaid at the commencement of a term of supervised release shall be paid on a schedule to be approved by the Court. The fine is below guideline range because of the defendant's inability to pay a fine within the guideline range.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (El Paso)
### CRIMINAL DOCKET FOR CASE #: 3:06-cr-01070-KC-1

# Internal Use Only

Case title: USA v. Sena et al
Magistrate judge case number: 3:06-mj-02218-NJG

Date Filed: 05/17/2006
Date Terminated: 01/23/2007

Assigned to: Judge Kathleen Cardone

### Defendant (1)

**Monica Sena**
*TERMINATED: 01/23/2007*

represented by **Christopher Allen Antcliff**
Law Office of Chris Antcliff
521 Texas Avenue
El Paso, TX 79901
(915) 532-1150
Fax: 915/532-1123
Email: antcliff@aol.com
*TERMINATED: 01/23/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Marie Romero-Martinez**
Asst. Federal Public Defender
700 E. San Antonio
Suite D-401
El Paso, TX 79901-7001
(915) 534-6525
Fax: 915/534-6534
Email: marie_romero@fd.org
*TERMINATED: 11/02/2006*
Designation: Public Defender or
Community Defender Appointment

### Pending Counts

ATTEMPT/CONSPIRACY -
NARCOTICS (COCAINE) -
IMPORTATION/EXPORTATION in
violation of 21:963, 952(a), 960(a)(1)
and 960(b)(2)(B)
(1)

### Disposition

33 months imprisonment, 4 years
supervised release, $250.00 fine,
$100.00 S/A

A true copy of the original, I certify.
Clerk, U. S. District Court

By _____ Deputy

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
| --- | --- |
| NARCOTICS (COCAINE) - IMPORT in violation of 21:952(a), 960(a)(1) and 960(b)(2)(B)<br>(2) | Dismissed on Govt's motion. |
| CONSPIRACY TO POSSESS NARCOTICS (COCAINE) in violation of 21:846, 841(a)(1) and 841(b)(1)(B)<br>(ii)<br>(3) | Dismissed on Govt's motion. |
| NARCOTICS (COCAINE) - SELL, DISTRIBUTE, OR DISPENSE in violation of 21:841(a)(1) and 841(b)(1)(B)(ii)<br>(4) | Dismissed on Govt's motion. |

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
| --- | --- |
| Possession with intent to distribute and importation of approximately 5.5 lbs. of Cocaine in violation of 21:846 and 963 | |

### Plaintiff

**USA**      represented by **Stephen G. Jurecky**
U.S. Attorneys Office
700 E. San Antonio
Suite 200
El Paso, TX 79901-0001
(915) 534-6884
Fax: 915/534-3418
Email: steve.jurecky@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan B. Biggs**
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
(210)384-7255

Fax: 210/384-7247
Email: susan.biggs@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2006 | | Arrest of Monica Sena, Daniel Paul Lopez (kh) [3:06-mj-02218-NJG] (Entered: 04/21/2006) |
| 04/20/2006 | | Case assigned to Judge Norbert J. Garney (kh) [3:06-mj-02218-NJG] (Entered: 04/21/2006) |
| 04/20/2006 | 1 | Complaint filed against Monica Sena, Daniel Paul Lopez (kh) [3:06-mj-02218-NJG] (Entered: 04/21/2006) |
| 04/20/2006 | 2 | Motion by USA as to Monica Sena, Daniel Paul Lopez to detain defendant without bond (kh) [3:06-mj-02218-NJG] (Entered: 04/21/2006) |
| 04/20/2006 | | Defendant(s) Monica Sena, Daniel Paul Lopez first appearance held ; preliminary exam set at 2:30 4/25/06 for Monica Sena, for Daniel Paul Lopez ; ; Defendant informed of rights. (kh) [3:06-mj-02218-NJG] (Entered: 04/21/2006) |
| 04/20/2006 | | Oral Order of Temporary Detention as to Monica Sena, Daniel Paul Lopez ; Bond set to NO BOND SET for Monica Sena; Bond set to NO BOND SET for Daniel Paul Lopez. setting Detention hearing for 2:30 4/25/06 for Monica Sena, for Daniel Paul Lopez signed by Judge Norbert J. Garney (kh) [3:06-mj-02218-NJG] (Entered: 04/21/2006) |
| 04/20/2006 | 3 | Minutes of proceedings for Initial Appearance conducted on 4/20/06 as to Monica Sena, Daniel Paul Lopez by Judge Garney. Court Reporter: ERO (kh) [3:06-mj-02218-NJG] (Entered: 04/21/2006) |
| 04/20/2006 | 4 | Order appointing Federal Public Defender for Monica Sena Marie Romero-Martinez to represent defendant signed by Judge Norbert J. Garney (kh) [3:06-mj-02218-NJG] (Entered: 04/21/2006) |
| 04/25/2006 | 5 | Waiver of preliminary examination by Monica Sena : Defendant held to district court. (kh) [3:06-mj-02218-NJG] (Entered: 04/26/2006) |
| 04/25/2006 | | Detention hearing for Monica Sena, Daniel Paul Lopez held (kh) [3:06-mj-02218-NJG] (Entered: 04/26/2006) |
| 04/25/2006 | | (Court only) Excludable - XH started for Monica Sena, Daniel Paul Lopez (kh) [3:06-mj-02218-NJG] (Entered: 04/26/2006) |
| 04/25/2006 | 7 | Minutes of proceedings for Detention Hearing conducted on 4/25/06 as to Monica Sena, Daniel Paul Lopez by Judge Garney. Court Reporter: ERO (kh) [3:06-mj-02218-NJG] (Entered: 04/26/2006) |
| 05/17/2006 | 10 | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E-Government Act of 2002 as to Monica Sena (1) count(s) 1, 2, 3, 4, Daniel Paul Lopez (2) count(s) 1, 2, 3, 4. (dag, ) (Entered: 05/19/2006) |

| | | |
|---|---|---|
| 05/17/2006 | 11 | Personal Data Sheet (Redacted) by USA as to Monica Sena (dag, ) (Entered: 05/19/2006) |
| 05/18/2006 | 13 | NOTICE OF HEARING as to Monica Sena, Daniel Paul Lopez Arraignment set for 5/25/2006 01:30 AM before Honorable Richard P. Mesa. Docket Call set for 6/15/2006 09:00 AM before Honorable Kathleen Cardone. (dag, ) (Entered: 05/19/2006) |
| 05/18/2006 | 14 | NOTICE OF HEARING as to Monica Sena, Daniel Paul Lopez Arraignment set for 5/25/2006 01:30 PM before Honorable Richard P. Mesa. Docket Call set for 6/15/2006 09:00 AM before Honorable Kathleen Cardone. (dag, ) (Entered: 05/19/2006) |
| 05/19/2006 | 16 | Letter/Correspondence from USA as to Monica Sena regarding Plea Agreement (dag, ) (Entered: 05/22/2006) |
| 05/25/2006 | 18 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Monica Sena (dag, ) (Entered: 05/26/2006) |
| 05/26/2006 | 19 | General ORDER of Discovery as to Monica Sena . Signed by Judge Kathleen Cardone. (dag, ) (Entered: 05/26/2006) |
| 06/15/2006 | 21 | Minute Entry for proceedings held before Judge Kathleen Cardone :Docket Call as to Monica Sena, Daniel Paul Lopez held on 6/15/2006. Docket Call reset to 7/20/06. (Minute entry documents are not available electronically.) (Court Reporter Perez.) (dag, ) (Entered: 06/15/2006) |
| 06/15/2006 | 22 | ORDER TO CONTINUE - Ends of Justice as to Monica Sena, Daniel Paul Lopez Docket Call set for 7/20/2006 09:00 AM before Honorable Kathleen Cardone.. Signed by Judge Kathleen Cardone. (dag, ) (Entered: 06/16/2006) |
| 06/16/2006 | 23 | MOTION to Modify Conditions of Release by Monica Sena. (dag, ) (Entered: 06/17/2006) |
| 06/23/2006 | 24 | ORDER granting 23 Motion to Modify Conditions of Release as to Monica Sena (1). Signed by Judge Kathleen Cardone. (dag, ) (Entered: 06/28/2006) |
| 06/23/2006 | 25 | $20,000 10% Cash Deposit Bond Filed as to Monica Sena (dag, ) (Entered: 06/28/2006) |
| 07/17/2006 | 26 | Letter/Correspondence by Monica Sena of intent to enter guilty plea. (dag, ) (Entered: 07/18/2006) |
| 07/20/2006 | 27 | Minute Entry for proceedings held before Judge Kathleen Cardone :Docket Call as to Monica Sena, Daniel Paul Lopez held on 7/20/2006. Defts. move for rearraignment. (Minute entry documents are not available electronically.) (Court Reporter Perez.) (dag, ) (Entered: 07/24/2006) |
| 07/21/2006 | 28 | ORDER as to Monica Sena, Daniel Paul Lopez Rearraignment set for 8/15/2006 02:00 PM before Honorable Kathleen Cardone.. Signed by Judge Kathleen Cardone. (dag, ) (Entered: 07/24/2006) |
| 08/15/2006 | 30 | PLEA AGREEMENT as to Monica Sena (dag, ) (Entered: 08/15/2006) |
| 08/15/2006 | 31 | Minute Entry for proceedings held before Judge Kathleen |

| | | |
|---|---|---|
| | | Cardone :Rearraignment held on 8/15/2006 ; Plea of guilty entered as to Monica Sena (1) Count 1 and Daniel Paul Lopez (2) Count 1 ; Referred to Probation for Presentence Report (Minute entry documents are not available electronically.), Guilty Plea Accepted by Court as to Monica Sena (1) Count 1 and Daniel Paul Lopez (2) Count 1. (Court Reporter Perez.) (dag, ) (Entered: 08/15/2006) |
| 08/15/2006 | 32 | ORDER as to Monica Sena Sentencing set for 11/17/2006 10:00 AM before Honorable Kathleen Cardone.. Signed by Judge Kathleen Cardone. (dag, ) (Entered: 08/15/2006) |
| 10/23/2006 | 34 | MOTION to Withdraw by FPD Attorney Marie Romero as to Monica Sena. (rs, ) (Entered: 10/24/2006) |
| 10/26/2006 | 35 | ORDER granting 34 Motion to Withdraw as Attorney. as to Monica Sena (1). Signed by Judge Kathleen Cardone. (rs, ) (Entered: 10/26/2006) |
| 11/02/2006 | 36 | ORDER FOR COURT-APPOINTED COUNSEL as to Monica Sena . Signed by Judge Norbert J. Garney. (rs, ) (Entered: 11/03/2006) |
| 11/02/2006 | 37 | CJA 20 as to Monica Sena: Appointment of Attorney Christopher Allen Antcliff for Monica Sena. . Signed by Judge Norbert J. Garney. (rs, ) (Entered: 11/03/2006) |
| 11/13/2006 | 38 | MOTION to Continue by Monica Sena. (Antcliff, Christopher) (Entered: 11/13/2006) |
| 11/15/2006 | 39 | ORDER granting 38 Motion to Continue as to Monica Sena (1) Sentencing set for 1/18/2007 10:00 AM before Honorable Kathleen Cardone.. Signed by Judge Kathleen Cardone. (rs, ) (Entered: 11/15/2006) |
| 01/17/2007 | 52 | Sealed Document filed and placed under seal (rs, ) (Entered: 01/17/2007) |
| 01/18/2007 | 55 | Sealed Document filed and placed under seal (rs, ) (Entered: 01/22/2007) |
| 01/18/2007 | 56 | Minute Entry for proceedings held before Judge Kathleen Cardone :Sentencing held on 1/18/2007 for Monica Sena (1), Count(s) 1, 33 months imprisonment, 4 years supervised release, $250.00 fine, $100.00 S/A; Count(s) 2, 3, 4, Dismissed on Govt's motion.. (Minute entry documents are not available electronically.) (Court Reporter David Perez.) (rs, ) (Entered: 01/22/2007) |
| 01/23/2007 | 58 | JUDGMENT AND COMMITMENT as to Monica Sena . Signed by Judge Kathleen Cardone. (rs, ) (Entered: 01/24/2007) |
| 03/02/2007 | 60 | MOTION to Extend Time *to Self-Surrender* by Monica Sena. (Antcliff, Christopher) (Entered: 03/02/2007) |
| 03/05/2007 | 61 | ORDER granting 60 Motion to Extend Time as to Monica Sena (1). Signed by Judge Kathleen Cardone. (rs, ) (Entered: 03/05/2007) |
| 03/05/2007 | 62 | Proof of receipt for Order extending self surrender date by U.S. Marshals as to Monica Sena (rs, ) (Entered: 03/05/2007) |
| 03/19/2007 | 63 | NOTICE of Self Surrender date from U.S. Marshals as to Monica Sena (rs, ) |

|            |    |                                                                                                                                                                                                                             |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | (Entered: 03/20/2007)                                                                                                                                                                                                       |
| 05/02/2007 | 65 | NOTICE OF ATTORNEY APPEARANCE Susan B. Biggs appearing for USA. (Biggs, Susan) (Entered: 05/02/2007)                                                                                                                        |
| 05/15/2007 | 68 | ORDER for return of cash bail as to Monica Sena . Signed by Judge Kathleen Cardone. (rs, ) (Entered: 05/22/2007)                                                                                                            |
| 09/09/2010 | 76 | Probation/Supervised Release Jurisdiction Transferred to District of New Mexico as to Monica Sena Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (fm, ) (Entered: 09/09/2010) |
| 09/09/2010 | 77 | Letter of Correspondence sent to the District of New Mexico regarding transfer of jurisdiction as to Monica Sena. (fm, ) (Entered: 09/09/2010)                                                                              |

# UNITED STATES DISTRICT COURT

525 Magoffin Avenue, Room 105
El Paso, Texas 79901

William G. Putnicki
Clerk of Court

September 9, 2010

U.S. District Clerk's Office
District of New Mexico
Pete V. Domenici U.S. Courthouse, Suite 270
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Subject: EP-06-CR-1070-KC
U.S.A. vs. Monica Sena

Dear Clerk,

The above has been transferred to your Court. Enclosed, please find certified copies of the indictment, judgment, and docket sheet.

You may access electronically filed documents for this case at our DCN CM/ECF web address:

http://156.124.11.153/MyDocketSheet/mydocketsheet.aspx

Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt of the enclosed transfer order, docket sheet and original documents, if any, by signing and returning the enclosed copy of this letter to the divisional office for the address listed above.

IN TESTIMONY WHEREOF, I have hereunto Subcribed my name and affixed the seal of the aforesaid Court of El Paso, this 9th day of September, 2010.

WILLIAM G. PUTNICKI,
CLERK

BY: _____
Fidel Morales, Deputy

*Please acknowledge receipt on the enclosed
 copy of this letter and return to the address listed above.